### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

LARRY WAYNE JONES,
ADC #70147                                                      PLAINTIFF

V.                              No. 5:14-cv-108-DPM-JTK

OJIUGO IKO, Medical Doctor,
Varner Supermax, ADC; DEBORAH LOUISE
YORK, Health Services Administrator, Varner Unit,
ADC; RANDY WATSON, Warden, Varner Unit, ADC;
GRANT HARRIS, Chief Deputy Director, ADC;
YOLANDA CLARK, Supervisor, Food Services,
Varner Unit, ADC; KAYE SKILLEN, Administrator,
Food Services, ADC; and DOE, Dietician, ADC          DEFENDANTS

### ORDER

Unopposed recommendation, № 3, declined. FED. R. CIV. P.

72(b)(Advisory Committee Notes to 1983 Addition). Jones has belatedly paid

the full statutory filing fee. № 4 & 5. His motion to proceed *in forma pauperis*,

№ 1, is denied as moot. The Court requests Magistrate Judge Jerome T.

Kearney to screen Jones's complaint.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_5 May 2014_____