IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES
ADC #70147                                                                                    PLAINTIFF

v.                                       No. 5:14-cv-108-DPM-JTK

OJIUGO IKO, Medical Doctor, Varner Supermax,
ADC; and DEBORAH LOUISE YORK, Health
Services Administrator, Varner Unit, ADC                              DEFENDANTS

ORDER

Magistrate Judge Kearney appointed a lawyer for Jones. № 89. Jones's motion to modify the Court's 3 November 2015 Order, № 90, is therefore denied without prejudice. Jones's lawyer may file a similar motion if he decides it's appropriate after familiarizing himself with the case. In any event, all future motions and papers must be filed only by Jones's lawyer.

So Ordered.

_DP Marshall Jr._
D.P. Marshall Jr.
United States District Judge

17 November 2015