IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES
ADC #70147                                                              PLAINTIFF

v.                    No. 5:14-cv-108-DPM-JTK

OJIUGO IKO, Medical Doctor, Varner Supermax,
ADC; and DEBORAH LOUISE YORK, Health
Services Administrator, Varner Unit, ADC                    DEFENDANTS

ORDER

Pursuant to the parties' stipulation of dismissal, Jones's remaining claims against Iko and York will be dismissed without prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

11 April 2016