IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LARRY WAYNE JONES
ADC #70147                                                                    PLAINTIFF

v.                          No. 5:14-cv-108-DPM-JTK

OJIUGO IKO, Medical Doctor, Varner Supermax,
ADC; DEBORAH LOUISE YORK, Health Services
Administrator, Varner Unit, ADC; RANDY WATSON,
Warden, Varner Unit, ADC; GRANT HARRIS, Chief
Deputy Director, ADC; YOLANDA CLARK, Supervisor,
Food Services, Varner Unit, ADC; KAYE SKILLEN,
Administrator, Food Services, ADC; and DEBRA
GOLDMAN, Dietician, ADC                                                   DEFENDANTS

JUDGMENT

1. Jones's constitutional claims against York are dismissed with prejudice. His malpractice claim against York is dismissed without prejudice.

2. Jones's claims against Skillen and Watson are dismissed with prejudice.

3. Jones's claims against Clark, Goldman, and Harris are dismissed without prejudice.

4. Jones's claims against Iko are dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

11 April 2016